IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUSAN PAIGE WILKINSON,

    Plaintiff,

vs.

DELTA AIR LINES, INC.,

    Defendant.

Case No. 11-cv-1017-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Delta Air Lines, Inc., and against plaintiff Susan Paige Wilkinson.

**NANCY J. ROSENSTENGEL**

**Dated:** July 24, 2013                **by:** s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**